Dismissed and Memorandum Opinion filed April 6, 2006









Dismissed and Memorandum Opinion filed April 6, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00809-CV

____________

 

GLORIA H. LOPEZ and ARGELIA MARILU
QUINTANILLA, Appellants

 

V.

 

ALBA BOBADILLA and DANIEL BOBADILLA, Appellees

 



 

On Appeal from the County Court at
Law No. 2

Galveston
County, Texas

Trial Court Cause No.
52937

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed June 1, 2005.  The clerk=s record was filed on October 11,
2005.  The reporter=s record was filed August 11,
2005.  No brief was filed.

On February 9, 2006, this Court issued an order stating that
unless appellants submitted their brief, together with a motion reasonably
explaining why the brief was late, on or before March 13, 2006, the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).

Appellants filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 6, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost.